

January 7, 2026

**Joel M. Maxwell**
Direct Phone        212-908-1359
Direct Fax          646-225-5109
JMaxwell@cozen.com

**VIA ECF**

Hon. Margaret M. Garnett
U.S.D.J.
Thurgood Marshall United States Courthouse
U.S. District Court – Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Humanscale Corp. v. Capin-Vyborny, LLC*, Case No. 1:25-cv-10509, Letter

Dear Judge Garnett:

My law firm represents Defendant, Capin-Vyborny, LLC ("Defendant"), in the above-captioned action.

Please let this letter serve as Defendant's request for a brief adjournment of the parties' Initial Pretrial Conference and deadline for the parties' joint letter, proposed Civil Case Management Plan and Scheduling Order. As the Court will recall, on December 23, 2025, Your Honor issued a Notice of Initial Pretrial Conference (ECF No. 6), which scheduled the Initial Pretrial Conference in this action for January 29, 2026, at 9:30 a.m. That same Notice required the parties to submit their joint letter, as well as their proposed Civil Case Management Plan and Scheduling Order, by January 22, 2026.

However, the undersigned was only retained as counsel for Defendant on December 22, 2025, just one day prior to the Court issuing its Notice of Initial Pretrial Conference. Accordingly, and upon consulting with Plaintiff's counsel, Defendant's counsel executed a Waiver of Service which extended Defendant's deadline to respond to Plaintiff's Complaint until January 23, 2026 (ECF No. 8).

Given the extension of Defendant's deadline to respond to Plaintiff's Complaint, Defendant respectfully requests an adjournment of the parties' Initial Pretrial Conference until February 19, 2026. To that end, Defendant also requests that the deadline for the parties' joint letter, as well as their proposed Civil Case Management Plan and Scheduling Order, be adjourned until February 13, 2026.

Defendant has sought and obtained the consent of Plaintiff's counsel for these adjournments, and there have been no prior requests for these adjournments.



We thank the Court for its attention and courtesies in considering these requests.

Respectfully,

COZEN O'CONNOR

By:    Joel M. Maxwell

       JMM

GRANTED.  The Initial Pretrial Conference previously scheduled for January 29, 2026 is ADJOURNED until **February 19, 2026 at 9:30 a.m**.  The deadline for the parties' joint pre-conference submissions is likewise ADJOURNED until **February 13, 2026.**

SO ORDERED.  Dated January 8, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE